# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-46-1 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JERRIOD RAY SIVELS ) | |
| also known as "JERRIOD LEE" ) | Magistrate Judge Susan K. Lee |
| also known as "JERRIOD SIVELS-LEE" ) | |
| also known as "JERRY" ) | |
| also known as "LIL JERRY" ) | |
| also known as "BRMG JAY" ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One and Count Eighteen of the nineteen-count Superseding Indictment; (2) accept Defendant's guilty plea as to Count One and Count Eighteen; (3) adjudicate the Defendant guilty of Count One and Count Eighteen; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 216). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 216) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One and Count Eighteen of the Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One and Count Eighteen is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Eighteen;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **May 15, 2020 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**